IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CYNTHIA LOU ESSMAN                                                        PLAINTIFF

vs.                              Civil No. 2:11-cv-02079

MICHAEL J. ASTRUE                                                         DEFENDANT
Commissioner, Social Security Administration

**ORDER**

    Before the Court is the Report and Recommendation filed on August 3, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 16. Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

    Accordingly, this Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $4,834.20. This award represents 17.05 attorney hours in 2011 at $174.00 per hour, 4.50 attorney hours in 2012 at $180.00 per hour, and 14.10 hours of paralegal time at $75.00 per hour. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

    The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

    **IT IS SO ORDERED, this 21st day of August 2012.**

    /s/ Robert T. Dawson
    HON. ROBERT T. DAWSON
    UNITED STATES DISTRICT JUDGE